[No. 12012-3-I. Division One. January 16, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. WEBB H.
MALAKOWSKI, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82-8-01512-3, Terrence A. Carroll, J., entered July 29, 1982. *Remanded with instructions* by unpublished opinion per Swanson, J., concurred in by Ringold and